# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2023-2731

———————————————

DAMANTA JAMAR MURPHY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

May 29, 2024

PER CURIAM.

DISMISSED. *Pelham v. State*, 279 So. 3d 852, 853 (Fla. 1st DCA 2019) ("We can only permit an appeal in a criminal case outside of time permitted in rule 9.110(b) by granting a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).").

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Damanta Jamar Murphy, pro se, Appellant.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.